BYRON O. HUNTINGTON, Appellant, *v.* MORRIS S. HERRMAN, Respondent, Impleaded with Another.

*Huntington* v. *Herrman*, 111 App. Div. 875, affirmed.
(Argued April 29, 1907; decided May 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 27, 1906, affirming a judgment in favor of defendants entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover for alleged conversion.

*Charles Goldzier* for appellant.

*Benjamin N. Cardozo* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

WINANT W. WEIR, Respondent, *v.* UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.

*Weir* v. *Union Railway Company,* 112 App. Div. 109, appeal dismissed.
(Argued April 30, 1907; decided May 10, 1907.)

APPEAL from a judgment, entered April 13, 1906, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and of the judgment entered upon the verdict in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Charles F. Brown, Bayard H. Ames, Anthony J. Ernest* and *Henry A. Robinson* for appellant.

*J. Stewart Ross* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.